UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LAWRENCE GENE JACKSON, ) <br> a/k/a LAWRENCE GENE PAGE, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> DALLAS COUNTY COURT, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:22-CV-2671-G-BT |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated January 5, 2023. The court has made a *de novo* review of those portions of the Findings, Conclusions, and Recommendation to which objections were made.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted, and the objections are overruled.

**SO ORDERED**.

January 26, 2023.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**